**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| HARLEYSVILLE PREFERRED INSURANCE COMPANY, An Ohio Corporation; and HARLEYSVILLE LAKE STATES INSURANCE COMPANY, an Ohio Corporation, | ) ) ) ) ) ) | |
| | ) | Case No. 1:21-cv-05249 |
| Plaintiffs, | ) | Hon. Matthew F. Kennelly |
| | ) | |
| v. | ) | |
| | ) | |
| DUDE PRODUCTS, INC., a Delaware Corporation; ARLENE WYANT; DEXTER COBB; and JOSEFINA DARNELL; | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARILY DISMISSAL OF DEFENDANTS WYANT, COBB and DARNELL

Plaintiffs, HARLEYSVILLE PREFERRED INSURANCE COMPANY and HARLEYSVILLE LAKE STATES INSURANCE COMPANY, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss the defendants, Arlene Wyant, Dexter Cobb and Josefina Darnell, from this declaratory action without prejudice.

1. This case involves an insurance coverage dispute as to whether the Harleysville Plaintiffs owe a duty to defend and indemnify Defendant, Dude Products, Inc., for an underlying class action filed by Arlene Wyant, Dexter Cobb and Josefina Darnell, individually and as purported class representatives.

2. This notice is being filed before the defendants have filed an answer.

3. Defendants Wyant, Cobb and Darnell were named as a potentially interested parties because of their status as the named plaintiffs in the underlying class action. No affirmative relief is sought against these potentially interested defendants in this coverage action.

4. Defendants Wyant, Cobb and Darnell have stipulated that they do not wish to litigate this coverage action and agree to accept any final declaration that may be entered in this action as to the rights and obligations of the parties under the subject insurance policies issued to Dude Products, Inc.

5. This case shall remain pending against defendant, Dude Products, Inc.

**Dated**: November 4, 2021

HARLEYSVILLEPREFERRED INSURANCE COMPANY and HARLEYSVILLE LAKE STATES INSURANCE COMPANY,

By: /s/ Matthew R. Bloom
      One of Their Attorneys

MEAGHER & GEER, P.L.L.P.
216 N. Jefferson Street, Suite 100
Chicago, Illinois 60661
(312) 463-1045
mbloom@meagher.com
ARDC No. 6292410

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                              ____/s/ Julie Albin_____