IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE PREFERRED INSURANCE COMPANY, An Ohio Corporation; and HARLEYSVILLE LAKE STATES INSURANCE COMPANY, an Ohio Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DUDE PRODUCTS, INC., a Delaware Corporation; ARLENE WYANT; DEXTER COBB; and JOSEFINA DARNELL; <br><br> Defendants. | Case No. 1:21-cv-5249 |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Harleysville Preferred Insurance Company and Harleysville Lake States Insurance Company, and Defendants Dude Products, Inc., (the "Parties"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Rule 41(c), this action, including all claims and counterclaims brought forth by the Parties in the above-captioned case, are hereby dismissed WITH PREJUDICE, and with each party to bear its own costs, expenses, and attorneys' fees.

Dated: August 11, 2023                                                          Respectfully Submitted,

2

| | |
|---|---|
| Attorneys for Harleysville Preferred Insurance Company and Harleysville Lake States Insurance Company, | Attorneys for Dude Products, Inc., |

By: */s/ Daniel I. Babetch*
    Kurt M. Zitzer (Illinois #6204638)
    Daniel I. Babetch (Illinois # 6215723)
    MEAGHER & GEER, P.L.L.P.
    216 N. Jefferson Street, Suite 100
    Chicago, Illinois 60661
    (312) 463-1045
    kzitzer@meagher.com
    dbabetch@meagher.com

By: */s/ Adam K. Hollander*
    Adam K. Hollander (No. 6211119)
    Denise A. Lazar (No. 6256147)
    BARNES & THORNBURG LLP
    One North Wacker Drive
    Suite 4400
    Chicago, IL 60606
    (312) 214-4816
    (312) 214-5610
    ahollander@btlaw.com
    denise.lazar@btlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2023, I caused to be electronically filed, the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

<u><i>/s/ Adam K. Hollander</i></u>